[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 25 2000
THOMAS K. KAHN
CLERK

————————————————

No. 99-15093

————————————————

D. C. Docket No. 99-00741-CV-GET-1

IN RE: SLAUGHTER COMPANY & ASSOCIATES,

Debtor.

_____

ALCATEL CONTRACTING (NA), INC.,

Plaintiff-Appellee,

versus

NEIL C. GORDON,

Trustee-Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Georgia

————————————————
**(July 25, 2000)**

Before TJOFLAT and HULL, Circuit Judges, and PROPST[*], District Judge.

PER CURIAM:

---

[*]Honorable Robert B. Propst, U.S. District Judge for the Northern District of Alabama, sitting by designation.

After review and oral argument, we affirm in full the judgment of the district court which reversed the bankruptcy court's denial of Appellant Alcatel's motion to have its proof of claim treated as timely filed.

The judgment of the district court is correct for the reasons set out in the district court's thorough and well-reasoned order, dated September 8, 1999.

**AFFIRMED.**